UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| **JAMES KELLY,** | |
| Plaintiff, | Civil Action No.  4:20-cv-00817 |
| vs. | |
| **WRIGHT MEDICAL TECHNOLOGY, INC.,** **WRIGHT MEDICAL GROUP, INC.** and **WRIGHT MEDICAL GROUP, N.V.,** | |
| Defendants. | |

## ENTRY OF APPEARANCE

     Now comes Attorney Frank V. Cesarone, enters his appearance for Plaintiff, and respectfully requests that all notices, inquiries and correspondence be directed to his attention at the email address and/or address and phone number provided below.

                      JAMES KELLY, Plaintiff,
                      by his Attorneys, MEYERS & FLOWERS


                  BY:   /s/ Frank V. Cesarone
                           FRANK V. CESARONE


Prepared by:

Frank V. Cesarone, Esq.
IL State Bar #06307510
Meyers & Flowers, LLC
225 West Wacker Drive, Suite 1515
Chicago, Illinois 60606
PH:  (630) 232-6333
FAX:  (630) 845-8982
fvc@meyers-flowers.com